# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*Ft. Worth Division*

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB - 7 2014
CLERK, U.S. DISTRICT COURT
By_____
Deputy

Alberto Farias
_____
Plaintiff

v.

Diversified Consultants, Inc.
_____
Defendant

4-14CV-087-0
_____
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Alberto Farias
_____

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*\*Please separate names with a comma. Only text visible within box will print.*

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*\*Please separate names with a comma. Only text visible within box will print.*

Alberto Farias
1413 Clinton Avenue
Fort Worth, TX 76164

Diversified Consultants, Inc.
10550 Deerwood Park Blvd
Building #309
Jacksonville, FL 32256

| | |
|---|---|
| Date: | Feb 7, 2014 |
| Signature: | /s/ Alberto Farias |
| Print Name: | Alberto Farias |
| Bar Number: | |
| Address: | 1413 Clinton Avenue |
| City, State, Zip: | Fort Worth, TX 76164 |
| Telephone: | (817) 705-1340 |
| Fax: | |
| E-Mail: | fariasalberto@outlook.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons